November 25, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE WOOD, Appellant

NO. 14-13-00755-CV                         V.

MARTI KENNEDY AND DOYLE MURPHREE, JR., INDIVIDUALLY AND
AS TEMPORARY CO-ADMINISTRATORS OF THE ESTATE OF DOYLE
MURPHREE, SR., DECEASED, APPELLEES

———————————————————

This cause, an appeal from the judgment in favor of appellees, Marti Kennedy and Doyle Murphree, Jr., Individually and as Temporary Co-Administrators of the Estate of Doyle Murphree, Sr., Deceased, signed August 6, 2013, was heard on the transcript of the record. We have inspected the record and find error as to the amount of damages awarded by the probate court for unpaid rent, and we therefore suggest a remittitur in the amount of $3,750 by Marti Kennedy and Doyle Murphree, Jr. If within fifteen days of the date of this judgment, Marti Kennedy and Doyle Murphree, Jr., file with this Court a remittitur in the amount of $3,750, the third and fourth paragraphs of the judgment of the court below will be **REFORMED** to state that Marti Kennedy and Doyle Murphree, Jr., Temporary Co-Administrators of the Estate of Doyle Murphree, Sr., Deceased, recover from George Wood judgment for — 1. $2,500 as the amount due for unpaid rent and **AFFIRMED** in part as reformed; the portion of the judgment awarding $9,189.20 in attorney's fees and costs advanced (together with interest thereon) will be **REVERSED** and the cause **REMANDED** for further proceedings in accordance with this Court's opinion. If a remittitur is not filed, we

order the portions of the judgment awarding damages for unpaid rent (together with costs and interest thereon) and awarding attorney's fees and costs advanced (together with interest thereon) **REVERSED** and **REMAND** the cause for further proceedings in accordance with this Court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Marti Kennedy and Doyle Murphree, Jr., Individually and as Temporary Co-Administrators of the Estate of Doyle Murphree, Sr., Deceased.

We further order this decision certified below for observance.